# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
**STEPHANIE A. GALLAGHER**
**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**

December 10, 2012

TO ALL COUNSEL OF RECORD

RE:   *Alvera E. Lewis v. University of Maryland, Baltimore*
      Civil No. SAG-12-298

Dear Counsel:

I have reviewed Plaintiff's Motion for Reconsideration [ECF No. 58] and the opposition and reply thereto.  For the reasons stated in this letter opinion, Plaintiff's Motion is **DENIED**.

Plaintiff misapprehends this Court's Memorandum Opinion [ECF No. 56] in suggesting that "the court focused primarily on the actions of the employee" during discussions of possible accommodations.  Mot. for Recons. 2.  Instead, the opinion held that Plaintiff failed to present a *prima facie* case that she was qualified to do her job at the time of termination.  Mem. Op. at 7.  Under Maryland law, an employer has obligations to engage in an interactive process to discuss reasonable accommodation with, and to accommodate known disabilities for, qualified individuals with disabilities.  Because, for the reasons set forth in the Memorandum Opinion, Plaintiff has not established that she was qualified to perform her job functions, with or without accommodation, at the time of her termination, her claims are deficient.  Plaintiff's Motion for Reconsideration is therefore DENIED.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge